IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3039-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HEIDI K. SCHMIDT, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel,

IT IS ORDERED that:

(1)  The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 124) has been rescheduled before the undersigned United States district judge to Wednesday, April 12, 2006, at 12:45 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2)  The Marshal is unable to return the defendant to the district.

March 16, 2006.         BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge